LINK: 44

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-06459 GAF (MRWx) | Date | May 3, 2013 |
|---|---|---|---|
| Title | Yung Kim v. General Motors LLC et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: | |
| None | None | |

**Proceedings:** (In Chambers)

### ORDER RE: DEFENDANT'S MOTION FOR ORDER DETERMINING THAT THIS ACTION SHALL NOT BE CERTIFIED AS A CLASS ACTION

On April 22, 2013, Defendant General Motors LLC filed its "Motion for an Order Determining that this Action Shall Not be Certified as a Class Action," pursuant to Federal Rule of Civil Procedure 23(c)(1)(a). (Docket No. 44 [Defendant's Motion ("D Mem.")].) Apparently, the very same day, Plaintiff Yung Kim ("Plaintiff") filed a Motion for Class Certification. (Docket No. 37 [Plaintiff's Motion ("P. Mem.")].) **In the interest of avoiding duplicative briefing, <u>the Court will consider and rule on only Plaintiff's class certification motion</u>. Therefore, the parties should not file any opposition or reply papers in response to Defendant's motion.**

**IT IS SO ORDERED.**