```
RICHARD D. McCUNE, (#132124)
rdm@mccunewright.com
JAE (EDDIE) K. KIM, (#236805)
jkk@mccunewright.com
MCCUNEWRIGHT LLP
2068 Orange Tree Lane, Suite 216
Redlands, California 92374
Telephone: (909) 557-1250
Facsimile: (909) 557-1275
```

Attorneys for Plaintiffs and Putative Class



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUNG KIM, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MOTORS LLC; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: CV 11-06459 GAF (MRWx)<br><br>[PROPOSED] ORDER PERMITTING PLAINTIFF TO FILE UNDER SEAL CONFIDENTIAL DOCUMENTS RELATING TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION<br><br>Hearing: June 17, 2013<br>Time: 9:30 a.m.<br>Courtroom: 740 (Roybal)<br><br>Trial Date: September 17, 2013<br><br>Honorable Gary A. Feess<br>Complaint Filed: August 5, 2011 |

The Court has considered Plaintiff's Application For Leave to File Under Seal Confidential Documents Relating to Plaintiff's Motion for Class Certification and Supporting Exhibits, pursuant to Local Rule 79-5.1 and the Stipulation and Protective Order approved by the Court on July 20, 2012 [Dkt. 33].

The Court has determined that there is good cause to GRANT the Application and accepts the following for filing under seal:

1  A. Unredacted Version of Plaintiff's Notice of Motion and Motion for Class
2     Certification; Memorandum of Points and Authorities;
3  B. Exhibits 1-7, 9, 10, 14, and 28-67 to the Declaration of Richard D. McCune in
4     Support of Plaintiff's Motion for Class Certification.
5  The foregoing documents shall be accepted for filing under seal pursuant to the
6  Stipulation and Protective Order approved on July 20, 2012 [Dkt. 33].

8  ~~[IF DENIED]:~~
9  ~~The Court has determined that there is not good cause and hereby DENIES the~~
10 ~~Application, the underlying documents and sealing application shall be filed, but not~~
11 ~~under seal.~~

13 DATED: 5/13/13

16 Hon. Gary A. Feess
   United States District Judge

---

[PROPOSED] Order Permitting Pl. to File Under Seal Confidential Docs. Relating to Pl.'s Mot. for Class Certification
Case No.:  CV 11-06459 GAF (MRWx)

-2-