1  RICHARD D. McCUNE (S.B. # 132124)
   rdm@mccunewright.com
2  JAE (EDDIE) K. KIM (S.B. # 236805)
   jkk@mccunewright.com
3  McCUNE WRIGHT LLP
   2068 Orange Tree Lane, Suite 216
4  Redlands, California 92374
   Telephone:  (909) 557-1250
5  Facsimile:   (909) 557-1275

6  DANIEL H. CHANG (S.B. #183803)
   LARRY W. LEE (S.B. # 228175)
7  DIVERSITY LAW GROUP,
   A Professional Corporation
8  444 S. Flower Street, Suite 1370
   Los Angeles California 9071
9  Telephone:  (213) 488-6555
   Facsimile:   (213) 488-6554
10
   EDWARD W. CHOI (S.B. # 211334)
11 LAW OFFICES OF CHOI & ASSOCIATES,
   A Professional Corporation
12 3435 Wilshire Boulevard, Suite 2410
   Los Angeles, California 90010-2006
13 Telephone:  (213) 381-1515
   Facsimile:   (213) 233-4409
14 Attorneys for Plaintiff Yung Kim

15 GREGORY R. OXFORD (S.B. #62333)
   goxford@icclawfirm.com
16 ISAACS CLOUSE CROSE & OXFORD LLP
   21515 Hawthorne Boulevard, Suite 950
17 Torrance, California 90503
   Telephone:  (310) 316-1990
18 Facsimile:   (310) 316-1330
   Attorneys for Defendant General Motors LLC
19

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| YUNG KIM, on behalf of himself and all others similarly situated,<br><br>              Plaintiff,<br><br>       vs.<br><br>GENERAL MOTORS LLC and DOES 1 though 10, inclusive,<br><br>              Defendants. | Case No. CV 11-06459 GAF (MRWx)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>**[Rule 41(a)(1)(A)(ii), F.R.Civ.P.]** |

1

1  Whereas, this action was brought as a putative class action, and plaintiff
2  Yung Kim ("Plaintiff") and defendant General Motors LLC ("GM") are the only
3  parties to have appeared in this case.
4  Whereas, following discovery and partial briefing on individual and class
5  issues, Plaintiff and GM have reached an individual settlement, and Plaintiff seeks
6  to dismiss the entire complaint.
7  Whereas, the terms of the settlement are confidential between the parties, but
8  both parties represent that the consideration for the settlement was limited to the
9  individual case. There was no consideration for the settlement that involved
10 compensation to the Plaintiff, or payment of attorney fees and costs to Plaintiff's
11 counsel, relating to class allegations.
12 Whereas, no aspect of this settlement precludes in any way other customers
13 from bringing their own individual or class action lawsuit arising from the same
14 allegations as were advanced by Plaintiff.
15 **IT IS HEREBY STIPULATED**, by and between Plaintiff and GM, by and
16 through their respective counsel of record, pursuant to and in accordance with the
17 terms of Rule 41(a)(1)(A)(ii), that Plaintiff's First Amended Complaint and the
18 action are hereby dismissed with prejudice.

19 DATED: May 15, 2013           RICHARD D. MCCUNE
                                  JAE (EDDIE) K. KIM
20                                McCUNE WRIGHT LLP
21
                                  By:   /s/ Richard D. McCune
22
23                                DANIEL H. CHANG
                                  LARRY W. LEE
24                                DIVERSITY LAW GROUP,
                                  A Professional Corporation
25
26                                By:   /s/ Daniel H. Chang
27
28

2

| | | |
|---|---|---|
| 1 | | EDWARD W. CHOI |
| 2 | | LAW OFFICES OF CHOI & ASSOCIATES, A Professional Corporation |
| 3 | | By:   */s/ Edward W. Choi* |
| 4 | | Attorneys for Plaintiff |
| 5 | | Yung Kim |
| 6 | DATED:   May 15, 2013 | GREGORY R. OXFORD |
| 7 | | ISAACS CLOUSE CROSE & OXFORD LLP |
| 8 | | By:   */s/ Gregory R. Oxford* |
| 9 | | Attorneys for Defendant |
| 10 | | General Motors LLC |

Lines 1–28 (pleading paper)

3