1 RICHARD D. McCUNE (S.B. # 132124)
  rdm@mccunewright.com
2 JAE (EDDIE) K. KIM (S.B. # 236805)
  jkk@mccunewright.com
3 McCUNE WRIGHT LLP
  2068 Orange Tree Lane, Suite 216
4 Redlands, California 92374
  Telephone: (909) 557-1250
5 Facsimile: (909) 557-1275

6 DANIEL H. CHANG (S.B. #183803)
  LARRY W. LEE (S.B. # 228175)
7 DIVERSITY LAW GROUP,
  A Professional Corporation
8 444 S. Flower Street, Suite 1370
  Los Angeles California 9071
9 Telephone: (213) 488-6555
  Facsimile: (213) 488-6554
10
  EDWARD W. CHOI (S.B. # 211334)
11 LAW OFFICES OF CHOI & ASSOCIATES,
  A Professional Corporation
12 3435 Wilshire Boulevard, Suite 2410
  Los Angeles, California 90010-2006
13 Telephone: (213) 381-1515
  Facsimile: (213) 233-4409
14 Attorneys for Plaintiff Yung Kim

15 GREGORY R. OXFORD (S.B. #62333)
  goxford@icclawfirm.com
16 ISAACS CLOUSE CROSE & OXFORD LLP
  21515 Hawthorne Boulevard, Suite 950
17 Torrance, California 90503
  Telephone: (310) 316-1990
18 Facsimile: (310) 316-1330
  Attorneys for Defendant General Motors LLC
19

JS-6



FILED
CLERK, U.S. DISTRICT COURT
MAY 21 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

20              UNITED STATES DISTRICT COURT

21         CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

22 YUNG KIM, on behalf of himself and     Case No. CV 11-06459 GAF (MRWx)
   all others similarly situated,         ORDER ON
23
              Plaintiff,                  STIPULATION FOR DISMISSAL
24                                        WITH PREJUDICE
         vs.
25                                        [Rule 41(a)(1)(A)(ii), F.R.Civ.P.]
   GENERAL MOTORS LLC and DOES
26 1 though 10, inclusive,

27            Defendants.

28

1     Whereas, this action was brought as a putative class action, and plaintiff Yung Kim ("Plaintiff") and defendant General Motors LLC ("GM") are the only parties to have appeared in this case.

4     Whereas, following discovery and partial briefing on individual and class issues, Plaintiff and GM have reached an individual settlement, and Plaintiff seeks to dismiss the entire complaint.

7     Whereas, the terms of the settlement are confidential between the parties, but both parties represent that the consideration for the settlement was limited to the individual case. There was no consideration for the settlement that involved compensation to the Plaintiff, or payment of attorney fees and costs to Plaintiff's counsel, relating to class allegations.

12     Whereas, no aspect of this settlement precludes in any way other customers from bringing their own individual or class action lawsuit arising from the same allegations as were advanced by Plaintiff.

15     **IT IS HEREBY STIPULATED**, by and between Plaintiff and GM, by and through their respective counsel of record, pursuant to and in accordance with the terms of Rule 41(a)(1)(A)(ii), that Plaintiff's First Amended Complaint and the action are hereby dismissed with prejudice, *as to Kim's claims*.

DATED: May 15, 2013

RICHARD D. MCCUNE
JAE (EDDIE) K. KIM
McCUNE WRIGHT LLP

By: /s/ Richard D. McCune

DANIEL H. CHANG
LARRY W. LEE
DIVERSITY LAW GROUP,
A Professional Corporation

By: /s/ Daniel H. Chang

IT IS SO ORDERED
Dated 5/19/13

United States District Judge

2

|   |   |   |
|---|---|---|
| 1 |   | EDWARD W. CHOI |
| 2 |   | LAW OFFICES OF CHOI & ASSOCIATES, A Professional Corporation |
| 3 |   | By:  /s/ Edward W. Choi |
| 4 |   | Attorneys for Plaintiff |
| 5 |   | Yung Kim |
| 6 | DATED:   May 15, 2013 | GREGORY R. OXFORD |
| 7 |   | ISAACS CLOUSE CROSE & OXFORD LLP |
| 8 |   | By:  /s/ Gregory R. Oxford |
| 9 |   | Attorneys for Defendant |
| 10 |   | General Motors LLC |

3